NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

MARIO A. MENDOZA, JOSE M. SOTO,
FRANCISCO JAVIER VELA, JOSE Z. RODRIGUEZ,
MARTA S. MARTINEZ, CONSTANCIO LARA, JR.,
AND IRMA S. OCHOA,
*Plaintiffs-Appellants,*

v.

UNITED STATES,
*Defendant-Appellee.*

---

2012-5123

---

Appeal from the United States Court of Federal Claims in case no. 08-CV-499, Judge Charles F. Lettow.

---

ON MOTION

---

## ORDER

Mario A. Mendoza et al. move to file their brief out of time.

Upon consideration thereof,

MARIO MENDOZA V. US                                                    2

IT IS ORDERED THAT:

The motion is granted.  The brief is accepted for filing.

FOR THE COURT


/s/ Jan Horbaly
Jan Horbaly
Clerk

s27